IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
vs. ) Case No. CR413-28-05
)
CANDACE CARRERAS )

ORDER

Before the Court is Defendant Candace Carreras' Motion to Release Funds. (Document 375). After careful consideration, Defendant's motion is **GRANTED**.

**IT IS HEREBY ORDERED** that the Clerk of the United States District Court for the Southern District of Georgia shall cancel the appearance bond on behalf of Defendant and exonerate the obligor thereon.

The Clerk is hereby **DIRECTED** to return the $2,000.00, with any accrued interest to: Candace Carreras, 7631 Red Bay Lane, Parkland, Florida 33076.

**SO ORDERED**, this 10th day of September 2014.

_____
WILLIAM T. MOORE, JR., JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

U. S. DISTRICT COURT
Southern District of Ga.
Filed in Office

_____M
9/10 20 14
_____
Deputy Clerk